UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
EASTSIDE HOLDINGS INC., Individually and : 
on Behalf of All Others Similarly Situated, : Electronically Filed
: 
                 Plaintiff, :
  v. : Civil Action No.: 1:08-cv-02793 (RWS)
: (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
:
              Defendants. :
---------------------------------------- x
RAZILL C. BECHER, Individually and on Behalf :
of All Others Similarly Situated, : Electronically Filed
:
               Plaintiff, :
  v. : Civil Action No.: 1:08-CV-02866 (RWS)
: (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
:
              Defendants. :
---------------------------------------- x
GREEK ORTHODOX ARCHDIOCESE :
FOUNDATION, by and through GEORGE :
KERITSIS, TRUSTEE, Individually and On : Electronically Filed
Behalf of All Others Similarly Situated, :
:
             Plaintiff, : Civil Action No. 1:08-CV-03013 (RWS)
  v. : (ECF Case)
:
THE BEAR STEARNS COMPANIES INC., : Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., :
:
             Defendants. :
---------------------------------------- x

**NOTICE OF APPEARANCE OF JEFFREY C. BLOCK**

```
                                                    x
GILLES BRANSBOURG, Individually and On              :
Behalf of All Others Similarly Situated,            :
                                                    :
                                                    :  Electronically Filed
                                    Plaintiff,      :
        v.                                          :
                                                    :
                                                    :  Civil Action No. 1:08-CV-05054 (UA)
THE BEAR STEARNS COMPANIES INC.,                    :  (ECF Case)
JAMES E. CAYNE, ALAN D. SCHWARTZ,                   :
WARREN J. SPECTOR, and SAMUEL L.                    :
MOLINARO, JR.,                                      :
                                                    :
                                    Defendants.     :
                                                    x
```

## NOTICE OF APPEARANCE OF JEFFREY C. BLOCK

To the Clerk of the Court:

Please enter the appearance of Jeffrey C. Block of Berman DeValerio Pease Tabacco Burt & Pucillo, as counsel the State of Michigan Retirement Systems in the above-captioned matter.

DATED:  June 12, 2008                                Respectfully submitted,

                                                     **BERMAN DeVALERIO TABACCO
                                                     BURT & PUCILLO**

                                                     By: /s/ Jeffrey C. Block
                                                     Jeffrey C. Block (JCB-0387)
                                                     Patrick T. Egan
                                                     One Liberty Square
                                                     Boston, Massachusetts 02109
                                                     Telephone: (617) 542-8300
                                                     Facsimile:  (617) 542-1194

**BERMAN DeVALERIO TABACCO**          **LABATON SUCHAROW LLP**
**BURT & PUCILLO**                    Thomas A. Dubbs (TD-9868)
Joseph J. Tabacco, Jr. (JJT-1994)     Christopher J. Keller (CK-2347)
Julie J. Bai                          Andrei V. Rado (AR-3724)
425 California Street                 Alan I. Ellman (AE-7347)
Suite 2100                            140 Broadway
San Francisco, California 94104       New York, New York 10005
Telephone:    (415) 433-3200          Telephone: (212) 907-0700
Facsimile:    (415) 433-6382          Facsimile:  (212) 818-0477

*Attorneys for the State of Michigan Retirement Systems
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

     I hereby certify that the Notice of Appearance of Jeffrey C. Block filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2008.

                                                /s/ Jeffrey C. Block
                                                  Jeffrey C. Block