UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GILLES BRANSBOURG, individually and
on Behalf of All Others Similarly Situated,
       Plaintiff(s),

    -against-

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR.
and ALAN C. GREENBERG,
       Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK   )
              S.S.
COUNTY OF NEW YORK)

Index No. 08 CV 5054

AFFIDAVIT OF SERVICE

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 16th day of June 2008, at approximately the time of 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW JURY TRIAL DEMANDED** upon The Bear Stearns Companies Inc. at 320 Park Avenue, New York, NY, by personally delivering and leaving the same with David Petercsak, Vice President of Bear Stearns, who informed deponent that he is an officer authorized by law to receive service at that address.

      David Petercsak is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012