UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GILLES BRANSBOURG, individually and
on Behalf of All Others Similarly Situated,
        Plaintiff(s),                           Index No. 08 CV 5054

  -against-                                 AFFIDAVIT OF SERVICE

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR.
and ALAN C. GREENBERG,
        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 16th day of June 2008, at approximately the time of 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW JURY TRIAL DEMANDED** upon Warren J. Spector at 320 Park Avenue, New York, NY, by personally delivering and leaving the same with David Petercsak, Vice President of Bear Stearns, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Warren J. Spector is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        David Petercsak is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012