UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

GILLES BRANSBOURG, ,
Individually and on Behalf of All Others : **ELECTRONICALLY FILED**
Similarly Situated,

                 : 08 CV 5054 (RWS)
      Plaintiff,
                 :
   - against -                **NOTICE OF APPEARANCE**
                 :

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C. :
GREENBERG,

      Defendants.
---------------------------------x

      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
           July 3, 2008

                                                    /s/ Jay B. Kasner
                                            Jay B. Kasner
                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                            (jay.kasner@skadden.com)
                                            Four Times Square
                                            New York, New York 10036
                                            (212) 735-3000

                                            Attorneys for Defendant
                                              Alan D. Schwartz