UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
GILLES BRANSBOURG, ,
Individually and on Behalf of All Others       :    **ELECTRONICALLY FILED**
Similarly Situated,
                                               :    08 CV 5054 (RWS)
            Plaintiff,
                                               :
   - against -                                      NOTICE OF APPEARANCE
                                               :
THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,              :
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., and ALAN C.                     :
GREENBERG,

            Defendants.
----------------------------------x

  Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:  New York, New York
        July 3, 2008

                                    /s/ Susan L. Saltzstein
                                    Susan L. Saltzstein
                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                    (susan.saltzstein@skadden.com)
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Defendant
                                      Alan D. Schwartz