UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILLES BRANSBOURG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG,<br><br>　　　　　　　　　Defendants. | No. 08 Civ. 5054 (RWS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

　　　　Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: July 7, 2008
New York, New York

　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


　　　　　　　　　　　　　　　　　　By:　/s/ Eric S. Goldstein
　　　　　　　　　　　　　　　　　　　　　Eric S. Goldstein

　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York  10019-6064
　　　　　　　　　　　　　　　　　　Tel:　(212) 373-3000
　　　　　　　　　　　　　　　　　　Fax:　(212) 757-3990
　　　　　　　　　　　　　　　　　　Email: egoldstein@paulweiss.com

　　　　　　　　　　　　　　　　　　*Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 7, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

David B. Anders, Esq.
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, NY 10019


Michael J. Chepiga, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017


David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036


Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
7th day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008