UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILLES BRANSBOURG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR. and ALAN C. GREENBERG,<br><br>      Defendants. | No. 08 Civ. 5054 (RWS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

    Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: July 7, 2008
New York, New York

                 PAUL, WEISS, RIFKIND, WHARTON &
                 GARRISON LLP


                 By: /s/ Jonathan Hurwitz
                    Jonathan Hurwitz

                 1285 Avenue of the Americas
                 New York, New York  10019-6064
                 Tel: (212) 373-3000
                 Fax: (212) 757-3990
                 Email: jhurwitz@paulweiss.com

                 *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 7, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

>David B. Anders, Esq.
>WACHTELL LIPTON ROSEN & KATZ
>51 West 52nd Street
>New York, NY 10019

>Michael J. Chepiga, Esq.
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017

>David S. Frankel, Esq.
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, NY 10036

>Alan Glickman, Esq.
>SCHULTE ROTH & ZABEL LLP
>919 Third Avenue
>New York, NY 10022

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

                                                  Trevor J. Hill

Sworn to before me this
7th day of July, 2008

Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008