UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x
EASTSIDE HOLDINGS INC., Individually and : 
on Behalf of All Others Similarly Situated, : Electronically Filed
: 
Plaintiff, : 
v. : Civil Action No.: 1:08-cv-02793 (RWS)
: (ECF Case)
THE BEAR STEARNS COMPANIES INC., : 
JAMES E. CAYNE, ALAN D. SCHWARTZ, :  Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. : 
MOLINARO, JR. and ALAN C. GREENBERG, : 
: 
Defendants. : 
―――――――――――――――――――――――――― x

*(Additional Captions on the Following Pages)*

**NOTICE OF MOTION OF THE STATE OF MICHIGAN
RETIREMENT SYSTEMS FOR CONSOLIDATION**

―――――――――――――――――――――――― x
RAZILL C. BECHER, Individually and on Behalf : 
of All Others Similarly Situated, : Electronically Filed
 :
                Plaintiff, :
    v. : Civil Action No.: 1:08-CV-02866 (RWS)
 : (ECF Case)
THE BEAR STEARNS COMPANIES INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, : Hon. Robert W. Sweet
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR. and ALAN C. GREENBERG, :
 :
                Defendants. :
―――――――――――――――――――――――― x
GREEK ORTHODOX ARCHDIOCESE :
FOUNDATION, by and through GEORGE :
KERITSIS, TRUSTEE, Individually and On : Electronically Filed
Behalf of All Others Similarly Situated, :
 :
                Plaintiff, : Civil Action No. 1:08-CV-03013 (RWS)
    v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES INC., : Hon. Robert W. Sweet
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., :
 :
                Defendants. :
―――――――――――――――――――――――― x
FREDERICK S. SCHWARTZ, Individually and :
On Behalf of All Other Similarly Situated : Electronically Filed
Persons, :
 :
                Plaintiffs, : Civil Action No.: 1:08-CV-04972 (RWS)
    v. : (ECF Case)
 :
THE BEAR STEARNS COMPANIES, JAMES :
E. CAYNE, ALAN D. SCHWARTZ and : Hon. Robert W. Sweet
SAMUEL L. MOLINARO, JR., :
 :
                Defendants, :
―――――――――――――――――――――――― x

―――――――――――――――――――――――― x
GILLES BRANSBOURG, Individually and On : 
Behalf of All Others Similarly Situated, :
: Electronically Filed
                              Plaintiff, :
    v. :
: Civil Action No. 1:08-CV-05054 (RWS)
THE BEAR STEARNS COMPANIES INC., : (ECF Case)
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, and SAMUEL L. :
MOLINARO, JR., : Hon. Robert W. Sweet
:
                          Defendants. :
―――――――――――――――――――――――― x

PLEASE TAKE NOTICE that class member the State Treasurer of the State of Michigan, Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System, and Michigan Judges Retirement System, by its counsel, hereby moves this Court for an Order consolidating the above-captioned actions.

Dated:   July 8, 2008                              Respectfully submitted,

| **BERMAN DeVALERIO TABACCO BURT & PUCILLO** | **LABATON SUCHAROW LLP** |
|---|---|
| By: */s/ Jeffrey C. Block* | By: */s/ Thomas A. Dubbs* |
| Jeffrey C. Block (JCB-0387)<br>Patrick T. Egan<br>Justin Saif<br>One Liberty Square<br>Boston, Massachusetts 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br><br>Joseph J. Tabacco, Jr. (JJT-1994)<br>Julie J. Bai<br>425 California Street<br>Suite 2100<br>San Francisco, California 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 | Thomas A. Dubbs (TD-9868)<br>Christopher J. Keller (CK-2347)<br>Andrei V. Rado (AR-3724)<br>Alan I. Ellman (AE-7347)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477 |