

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILLES BRANSBOURG, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

v.

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR. and ALAN C. GREENBERG,

        Defendants.

Civil Action No. 08 CV 5054 (RWS)



### STIPULATION AND [PROPOSED] ORDER

WHEREAS, Defendants' answer to the Complaint in the above-captioned action (the "Action") would have been due on July 7, 2008;

WHEREAS, there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the Complaint served in the Action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the Action, as follows:

1. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the Complaint in the above-captioned action;

2. Plaintiffs shall have sixty (60) days from the entry of the order pursuant to the Private Securities Litigation Reform Act appointing Lead Plaintiff(s) and Lead Counsel to serve and file a consolidated amended complaint (the "Complaint");

3. Defendants shall have sixty (60) days to answer, move against, or otherwise respond to the Complaint;

4. In the event Defendants move to dismiss the Complaint:

(a) Plaintiffs shall have sixty (60) days from the date such motion is served to serve and file opposition papers; and

(b) Defendants shall have forty-five (45) days from the date opposition papers are served by plaintiffs to serve and file reply papers.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the above-captioned actions.

Dated: July 7, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp (bkarp@paulweiss.com)
Eric S. Goldstein (egoldstein@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax   (212) 757-3980

*Attorneys for Defendant The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Barry H. Berke (bberke@kramerlevin.com)
David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York  10036
Tel.   (212) 715-9100
Fax   (212) 715-8000

*Attorneys for Defendant James E. Cayne*

   (a) Plaintiffs shall have sixty (60) days from the date such motion is served to serve and file opposition papers; and

   (b) Defendants shall have forty-five (45) days from the date opposition papers are served by plaintiffs to serve and file reply papers.

   IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the above-captioned actions.

Dated: July __, 2008
New York, New York

   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

   By:_____
    Brad S. Karp (bkarp@paulweiss.com)
    Eric S. Goldstein (egoldstein@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3980

*Attorneys for Defendant The Bear Stearns Companies Inc.*

   KRAMER LEVIN NAFTALIS & FRANKEL LLP

   By:_____
    Barry H. Berke (bberke@kramerlevin.com)
    David S. Frankel (dfrankel@kramerlevin.com)
    Stephen M. Sinaiko (ssinaiko@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel. (212) 715-9100
Fax (212) 715-8000

*Attorneys for Defendant James E. Cayne*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jay Kasner (jay.kasner@skadden.com)
Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.   (212) 735-3000
Fax   (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


WACHTELL, LIPTON, ROSEN & KATZ


By: _____
Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.   (212) 403-1000
Fax   (212) 403-2000

*Attorneys for Defendant Warren J. Spector*


SIMPSON THACHER & BARTLETT LLP


By: _____
Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.   (212) 455-2000
Fax   (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
  Jay Kasner (jay.kasner@skadden.com)
  Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ David B. Anders
  Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
  David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.  (212) 403-1000
Fax  (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

SIMPSON THACHER & BARTLETT LLP

By:_____
  Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*

WACHTELL, LIPTON, ROSEN & KATZ

By:_____
    Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
    David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.  (212) 403-1000
Fax  (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael Chepiga
    Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

3

SCHULTE ROTH & ZABEL LLP

By: /s/ Alan Glickman
Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.  (212) 756-2000
Fax  (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*


WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:_____
Daniel W. Krasner (krasner@whafh.com)
Gregory Mark Nespole (nespole@whafh.com)
Malcolm Todd Brown (brown@whafh.com)

270 Madison Avenue
New York, NY 10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653

*Attorney for Plaintiff Gilles Bransbourg*


SO ORDERED:


_____
U.S.D.J

SCHULTE ROTH & ZABEL LLP

By: _____
    Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.   (212) 756-2000
Fax   (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*


WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: _Gregory M. Nespole /MS._
    Daniel W. Krasner (krasner@whafh.com)
    Gregory Mark Nespole (nespole@whafh.com)
    Malcolm Todd Brown (brown@whafh.com)

270 Madison Avenue
New York, NY 10016
Tel:   (212) 545-4600
Fax:   (212) 545-4653

*Attorney for Plaintiff Gilles Bransbourg*

8/19/08
SO ORDERED:

_____ — Part I
U.S.D.J

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 7, 2008, I served a true copy of the foregoing STIPULATION AND [PROPOSED] ORDER on the following:

> Jeffrey Craig Block, Esq.
> Berman DeValerio Pease Tabacco Burt & Pucillo
> One Liberty Square, 8th Floor
> Boston, MA 02109

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
7th day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008